United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARINE HOARAU,<br><br>        Plaintiffs,<br><br>   v.<br><br>ST. JUDE MEDICAL, INC.,<br><br>        Defendants. | Case No. 17-cv-03986-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 23, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: May 31, 2018.

DESIGNATION OF EXPERTS: 8/6/18; REBUTTAL: 8/24/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: September 28, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; June 8, 2018;
    Opp. Due: June 22, 2018; Reply Due: June 29, 2018;
    and set for hearing no later than July 20, 2018 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 30, 2018 at 3:30 PM.

JURY TRIAL DATE: November 13, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have exchanged initial disclosures.
The case shall be referred to the Court's mediation program.
The mediation session shall be completed by the end of January 2018.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: 10/30/17

_____
SUSAN ILLSTON
United States District Judge